counsel on October 7, 1980, we are satisfied that the issue on appeal is controlled by settled Rhode Island law. Accordingly, the motion to affirm the judgment is hereby granted.

SHEA, J., did not participate.

## STATE

v.

**William Joseph BURNELL, Jr.**

**No. 80–40–C.A.**

Supreme Court of Rhode Island.

March 18, 1981.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

O'Neill & Reilly, John B. Reilly, Providence, for defendant.

### ORDER

This defendant is before us on an order directing him to appear and show cause why his appeal should not be dismissed in view of the fact that the complaint in this case apparently was not defective nor violative of due process, and further, in light of the fact that the trial justice properly denied the defendant's motion to dismiss. After reviewing the record and hearing oral arguments, we are of the opinion that no cause has been shown. The defendant's appeal is hereby dismissed.

**Lawrence E. BROWN, Jr. d/b/a Jose's Liquor Store**

v.

**RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION et al.**

**No. 81–140–M.P.**

Supreme Court of Rhode Island.

March 19, 1981.

Stone, Clifton & Clifton, Walter R. Stone, Providence, for petitioner.

Gerald G. Norigian, Frank Mastrati, Jr., Asst. City Sols., Providence, for respondents.

### ORDER

The petition for writ of certiorari and motion for stay are denied.

SHEA, J., did not participate.

**Lawrence E. BROWN, Jr. d/b/a Jose's Liquor Store**

v.

**RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION et al.**

**No. 81–34–M.P.**

Supreme Court of Rhode Island.

March 19, 1981.

Stone, Clifton & Clifton, Edward C. Clifton, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondents.

### ORDER

The petition for writ of certiorari is denied. The stay entered in this case on January 22, 1981 is hereby vacated.

SHEA, J., did not participate.